Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Sharkima Latifah Saxton-Thomas ) <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> ① Secretary of Veterans Affairs <br> ② Rachael Evans <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **8:25-CV-2248-MSS-AAS** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> AUG 25 2025 AM 8:47 <br> FILED - USDC - FLMD - TPA |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sharkima Latifah Saxton-Thomas
   Street Address: 14449 Editors Note ST
   City and County: Ruskin Hillsborough
   State and Zip Code: FL 33573
   Telephone Number: (786) 821-1813
   E-mail Address: sharkima.thomas@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA72824
$405

Page 1 of 6

Defendant No. 1
- Name: Secretary of Veteran Affairs
- Job or Title (if known): N/A
- Street Address: 810 Vermont Ave, NE
- City and County: Washington DC
- State and Zip Code: Washington DC
- Telephone Number: 800-698-2411
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Rachael Evans
- Job or Title (if known): Chief of EVS
- Street Address: 13000 Bruce B. Downs Blvd
- City and County: Tampa Hillsbrough
- State and Zip Code: FL 33612
- Telephone Number: (813) 703-0959
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | James A Haley Veterns' Hospital |
| Street Address | 13000 Bruce B downs |
| City and County | Tampa, Hillsborough |
| State and Zip Code | FL 33612 |
| Telephone Number | (813) 972-2000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Reprisal non EEO

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:
Hillsborough

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
after 11/13/2024 after I went to the unions office to give a complaint on Rachel Evans (Chief of EMS)

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me. (No longer there)

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* was involved in a deadly crash which I made it out alive.

E. The facts of my case are as follows. Attach additional pages if needed.
I was involved in an car accident back in March 2024

Page 4 of 6

Continuation
Page 4 of 6

I was paralyzed for some months so I wasn't able to do housekeeping like I was hired to do. I was in a wheelchair at first in the office with supervisors answering phones, taking messages etc. So one day I contacted Racheal Evans (chief of sms) to let her know some bad things I was witnessing so she pulled me out of that office and placed me in the office with her, and all of the time keepers. So one Day the chief Rachel Evans stated she wanted me to learn time keeping to help move quicker with the everyones pay. One Day a supervisor came up to me and asked "Are you being paid for doing time keeping because my name was appearing on peoples time cards" I said "No". The supervisor explained to me anytime your doing something out of you pd scope and detail

your suppose to get compensated so I went to the union like advised on 11/13/2024 and was informed anything over ten days then yes so I still haven't been paid then months later was told by the same lady Carol White started because I was detailed. Then I was told I was suppose to frome the Vice President Marcia Beasley. So I went back to work at my normal job duties from March 2024 to Nov. 18, 2024 and then had to have surgey again and was able to weak due to me having to relearn everything over so was out of work from 12/12/2024 until 12/24/2024 I came back went back to the office were I was doing timekeeping being that I was on light duty again and Chief Rachel Evans weren't there so Mr. Robert Hancock (EOE Specialist)

Advised to me and the "AD" Crystal Hicks-Mickens that the Chief Racheael Evans gave orders that I must return to linen for light duty, so I was confused being that I have strict orders from the Dr. of how my hands or arms weren't able to go above my shoulders at the time and I wasn't able to bend. her orders at first were to get rugs out of a bin which I wasn't able to bend or lift & with the rugs had to pull so I wasn't able to so I reached out to HR and let her know this goes against my Dr.s restrictions so HR, my supervisor at the time Sabrina Pipe and myself had a meeting so HR asked my supervisor what else can I do beside linen and Ms. Pipe said she can stay in here with supervisors and answer phones like she was doing before timekeeping. So I stayed

There that day. Then the next day, I was pulled out and sent back to linen. So HR emailed me and said why am I linen after the meeting which HR stated she spoke with the chief Racheal Evans and stated I was content I advise I never had a conversation to advise I was content I can't do what she is expecting it goes against my Dr.'s orders and I need to get better for my 4 children so I have to follow the orders on light duty.

So HR emailed the Chief Racheal Evans and stated why I stated I can't do it. So she stated I will just sit in the basement in linen and just wait until someone needs help and I said people don't go there my eperformance will be horrible why couldn't I just go back to timekeeping being that ms.Pam was out and they

I had mediation with the vice president of the union Marcia Basely and mediator Deonaira I believe 4/21/2025 and the solution was suppose to replace me, I had applied to HASS to be able to assit veterans hands on but on 4/29/2025 I resigned due to stress at the VA Hostile work environment.

please take the time and read.

told me they became but of corse since I asked about compensation — I was never allowed to go back in the office where the Chief is with the timekeepers.

I filed an EEOC complaint on 2/12/2025 in regards to discremation on my disabity at the time and reprisal. All attachements are pruvf of everything please keep them.

Thank you,

*Sharcemie Saxton Thomas*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2/12/2025

B. The Equal Employment Opportunity Commission *(check one)*:

☒ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I plantiff am seeking the following. back pay in the amount of approx 15,000 for my wages and benefits, front pay in the amount of approx. $25,000, for my emotional and mental distress plantiff is requesting $50,000, restoration for all pto. Also to get a different the whor in HAAS.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  _[signature]_

Printed Name of Plaintiff  Sharkima Saxton-Thomas

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____